JS-6

MANATT, PHELPS & PHILLIPS, LLP
MANDANA MASSOUMI, State Bar No.: 191359
mmassoumi@manatt.com
MATTHEW B. GOLPER, State Bar No.: 275979
mgolper@manatt.com
695 Town Center Drive, 14th Floor
Costa Mesa, California 92626-1924
Telephone: (714) 371-2500
Facsimile: (714) 371-2550

Attorneys for Defendant
TARGET CORPORATION

JMLLaw
A Professional Law Corporation
D. Aaron Brock, Esq.
Christopher Brandes, Esq.
21052 Oxnard Street
Woodland Hills, CA 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030

Attorneys for Plaintiff ERIK CARRANZA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK CARRANZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO: 5:16-CV-00484 PA-(DTBX)**<br><br>**(SAN BERNARDINO SUPERIOR COURT CASE NO. CIVDS1600453)**<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Action Filed: January 12, 2016<br>Trial: December 27, 2016 |

317283129.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

# ORDER

Upon the stipulation of the parties, and pursuant to Federal Rule of Civil Procedure 41:

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff Erik Carranza against Defendant Target Corporation, and all causes of action therein, is dismissed *with prejudice.*

The parties will each bear their own costs and attorneys' fees associated with this action.

IT IS SO ORDERED.

Dated: July 26, 2016,   _____
  Percy Anderson
  United States District Judge